UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TIFFANY BAILEY, AS PARENT AND NEXT FRIEND OF M.D., A MINOR, </br></br>  Plaintiff, </br></br> v. </br></br> KINGSMAN ACADEMY PUBLIC CHARTER SCHOOL, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:21-CV-02883-RDM |

**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT OR FOR JUDGMENT ON THE PLEADINGS ON COUNT I**

In response to the Amended Complaint [ECF 19], Defendant Kingsman Academy Public Charter School ("Kingsman Academy"), by and through counsel, moves the court, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss this action as this court does not have subject matter jurisdiction in this action; and to dismiss this action, pursuant to Fed.R. Civ. P. 12(b)(6) for failure to state a claim in Count I; and pursuant to Fed.R. Civ. P. 1(c), for judgment on the pleadings for Count I. Kingsman Academy further states as follows:

1. The Amended Complaint fails to allege facts and law to assert a claim under a federal statute, or that a substantial federal question is involved.

2. The matters set forth and alleged in the Amended Complaint are insufficient to confer subject matter jurisdiction of the court under Title IX.

3. The allegations of the Amended Complaint, on their face, attempt to circumvent jurisdictional requirements of this court to bring the matter under the provisions of Title IX and are insufficient to confer such jurisdiction.

4. The Amended Complaint fails to allege well-pleaded facts to support the Title IX claim in Count I, and Title IX is the only basis alleged for federal-court jurisdiction here.  As a result, if Count I is dismissed, the remaining counts which sound in local-law claims should not be retained in this Court but should be sent to Superior Court for resolution.

5. Plaintiff fails to set forth a claim upon which relief may be granted in Count I, the Title IX claim; and accordingly, Count I should be dismissed.

6.  Defendant Kingsman Academy is entitled to judgment on the pleadings for Count I.

7.  Plaintiff does not consent to the relief requested.

8.  Defendant Kingsman Academy incorporates its Memorandum in Support, attached as Exhibit A.

WHEREFORE, Defendant Kingsman Academy requests that this court dismiss the Amended Complaint for lack of subject matter jurisdiction, without prejudice to file in Superior Court; or, in the alternative, to dismiss Count I with prejudice for failure to state a claim or for judgment on the pleadings for Count I; and for such other and further relief as to the court may deem proper.

Respectfully submitted,

#175257358_v1

          */s/ Deborah E. Kane*
Deborah E. Kane, Esquire
DC Bar # 433925
PO Box 14503
Des Moines, IA 50306-3503
Phone: 301-661-8483
Fax: 515-267-5431
dkane@guideone.law
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY a copy of the foregoing was served via first-class mail or via email, and the original maintained by undersigned counsel, this 1st day of July, 2022, to:

Christina Graziano
Derek T. Braslow
KETTERER, BROWNE & ASSOCIATES, LLC
336 S. Main Street, Suite 2A-C
Bel Air, MD 21014
*Counsel for Plaintiffs*

          */s/ Deborah E. Kane*
Deborah E. Kane, Esquire